# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH GERALD TAYLOR,<br><br>Petitioner,<br><br>v.<br><br>SCOTT KERNAN, Secretary, California Department of Corrections and Rehabilitation,<br><br>Respondent. | Case No. 1:17-cv-00815-SKO HC<br><br>ORDER TRANSFERRING THIS CASE TO THE U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA |

On June 19, 2017, Petitioner Kenneth Gerald Taylor filed this *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner alleges constitutional violations arising from his 2009 conviction in Alameda County Superior Court. Alameda County, California, is within the venue of the U.S. District Court for the Northern District of California. Petitioner is presently incarcerated at the Sierra Conservation Center, Jamestown, Tuolumne County, California.

Venue for a habeas action is proper in either the district of confinement or the district of conviction. 38 U.S.C. § 2241 (d). In a state with multiple federal districts, the District Court of the district in which a petitioner is confined may, in its discretion, transfer a petition concerning conviction and sentencing to the district in which the petitioner was convicted and sentenced. Such transfer generally furthers judicial economy since the witnesses and documentation are present in the district of conviction and sentencing.

1

Accordingly, the Court hereby ORDERS that this case be TRANSFERRED to the United States District Court for the Northern District of California.

IT IS SO ORDERED.

Dated: **June 21, 2017**　　　　　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE